```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                     :

MARITZA VELEZ,                               :

                                                 :            **ORDER**

                      Plaintiff,           :            23-CV-09553 (MKV) (KHP)

                                                 :

                -against-                  :

                                                 :

COMMISSIONER OF SOCIAL SECURITY,    :

                                               :

                    Defendant.          :

                                               :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      This case has been referred to me for a report and recommendation.  The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

      If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Wednesday, December 20, 2023** representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

      This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: November 1, 2023
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge